IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

THOMAS C. KERN,

    Plaintiff,

v.                                          Case No. 1:17cv-185-MW/GRJ

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner terminating Plaintiff's benefits should be **AFFIRMED**." The Clerk shall close the file.

**SO ORDERED** on September 26, 2018.

                                              s/Mark E. Walker           
                                              **Chief United States District Judge**